IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOHN P. SANCHEZ | § | |
| VS. | § | CIVIL ACTION NO. 1:14-CV-242 |
| JOHN WOMBLE, ET AL. | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS

Plaintiff John P. Sanchez, a prisoner previously confined at the United States Penitentiary in Beaumont, Texas, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), against Dr. John Womble, Dr. Prasad Surapaneni, Dr. Sreedhar Polavarapu, the University of Texas Medical Branch, Charles E. Samuels, Jr., and Danials .

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommended dismissing the claims against defendants Polavarapu, Samuels, Danials, and the University of Texas Medical Branch without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  The Magistrate Judge also recommended dismissing the claims against defendant Womble and Surapaneni pursuant to 28 U.S.C. § 1915(e) as frivolous and for failure to state a claim upon which relief may be granted.

The court has received and considered the Reports and Recommendations of United States Magistrate Judge filed pursuant to such order, along with the record and pleadings.  No objections to the Reports and Recommendations of United States Magistrate Judge were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the reports of the Magistrate Judge (document nos. 37 and 47) are **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**So Ordered and Signed**
**Sep 18, 2017**

_____
Ron Clark, United States District Judge